IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIJAH LATIMORE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-1639 |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 20th day of July, 2023, in light of *pro se* Plaintiff DANIJAH LATIMORE's failure comply with the May 4, 2023 Order issued in this case (ECF No. 4), it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
KAI SCOTT, J.